UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BEATRIZ GARCIA, individually and a/n/f of Sasha Garcia and Joseph Garcia minors, and ANTONIO JIMENEZ, §§§§ | |
| *Plaintiffs,* § | CIVIL ACTION NO. |
| § | H: 15-cv-1493 |
| v. §§§ | |
| ST. JOSEPH'S REGIONAL HEALTH CENTER, DANIEL D. DAWSON, AND ROLAND R. GARZA, §§§ | |
| *Defendants.* § | |

<u>INDEX OF MATTERS FILED</u>

Defendant, United States of America on behalf of federal defendant, Dr. Roland R. Garza provides the following pursuant to Local Rule 81:

1.      All executed process in the state case. (Attached);

2.      All pleadings asserting causes of action, e.g. petitions, amended petitions, and all answers to such pleadings. (Attached);

3.      All orders signed by the state court judge (Attached);

4.      The docket sheet (Attached); and,

5.     A list of all known counsel of record, including addresses, telephone numbers and

parties represented (attached).

Respectfully submitted,

KENNETH MAGIDSON
United States Attorney

/s/ Fred T. Hinrichs
_____

FRED T. HINRICHS
Assistant United States Attorney
Attorney in Charge
Texas Bar No. 24003580
1000 Louisiana, Ste. 2300
Houston, Texas   77002
(713) 567-9529 – Telephone
(713) 718-3303 - Facsimile
Fred.Hinrichs@usdoj.gov
Attorney for Dr. Roland R. Garza

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the foregoing pleading was electronically served through the court's electronic filing system, or by U.S. Mail postage prepaid, on this 3rd day of June 2015, to the following counsel of record:

Michael J. Stanley
W. Shawn Staples
Stanley, Frank & Rose, LLP
7026 Old Katy Road, Ste. 259
Houston, Texas   77056

Robert L. Hargett
Janice Byington
Reed, Claymore, Meeker & Hargett, PLLC
5608 Parkcrest Dr., Ste. 200
Austin, TX   78731

James R. Boston, Jr.
Gary Sommer
Boston & Hughes, P.C.
8584 Katy Freeway, Ste. 310
Houston, TX   77024

/s/ Fred T. Hinrichs
_____
Assistant U.S. Attorney





Select another
search type

Refine this
search

### In the 85TH DISTRICT COURT
### Brazos County, Texas
Cause No. 15-000605-CV-85

**BEATRIZ GARCIA INDIVIDUALLY AND A/N/F OF
SASHA GARCIA AND JOSEPH GARCIA, MINORS,
AND ANTONIO JIMENEZ VS. ST. JOSEPH'S
REGIONAL HEALTH CENTER, DANIEL D.
DAWSON AND ROLAND R. GARZA**

Filed on 03/10/2015
Case Type: Civil Non-Family
Current Status: Filed

| **D** | **D Attorneys** |
|---|---|
| St. Joseph'S Regional Health Center | |
| Dawson, Daniel D | Boston, James R. Jr |
| | 8584 KATY FREEWAY, SUITE 310 |
| | Houston, TX 77024 |
| Garza, Roland R | |

| **P** | **P Attorneys** |
|---|---|
| Garcia, Beatriz | Staples, W. Shawn |
| | 7026 OLD KATY ROAD STE 256 |
| | HOUSTON, TEXAS 77056 |
| Garcia, Sasha | |
| Garcia, Joseph | |
| Jimenez, Antonio | |

### Hearings

| 09/18/2015 Friday | 8:05am | PULL FOR COURT REVIEW |
|---|---|---|

## Events and Orders of the Court

05/20/2015 ORIGINAL ANSWER
05/11/2015 ANSWER
03/10/2015 Jury Trial Requested
03/10/2015 PLAINTIFF'S ORIGINAL PETITION
03/10/2015 $FILE

## Images

05/20/2015 ORIGINAL ANSWER
          MDW/
05/11/2015 ANSWER
          JS/DANIEL D DAWSON, MD
03/12/2015 DOCKET
03/10/2015 PLAINTIFF'S ORIGINAL PETITION
          KLS/

All records displayed are subject to limitations of data entry. Details of judgments can only be verified by actual court records on file.

Copyright © 2000 The Software Group. All rights reserved.

Filed 3/9/2015 5:33:55 PM
Marc Hamlin, District Clerk
Brazos County, Texas
Kresta Smith
Page 1 of 6

Cause No. **15-000605-CV-85**

| | | |
|---|---|---|
| BEATRIZ GARCIA, individually and a/n/f of | § | |
| SASHA GARCIA and JOSEPH GARCIA, minors, | § | In the District Court of |
| and ANTONIO JIMENEZ | § | |
|     Plaintiffs | § | |
| | § | Brazos County, Texas |
| vs. | § | |
| | § | |
| ST. JOSEPH'S REGIONAL HEALTH | § | _____ Judicial District |
| CENTER, DANIEL D. DAWSON and | § | |
| ROLAND R. GARZA | § | |

## PLAINTIFF'S ORIGINAL PETITION

BEATRIZ GARCIA, individually and as next friend of Sasha Garcia and Joseph Garcia, and ANTONIO JIMENEZ, Plaintiffs, complain of ST. JOSEPH'S REGIONAL HEALTH CENTER, DANIEL D. DAWSON, and ROLAND R. GARZA, Defendants, and would respectfully show as follows:

### DISCOVERY CONTROL PLAN

1.    Plaintiffs intend that discovery be conducted under a Level 3 Discovery Control Plan under Texas Rule of Civil Procedure 190.4, and seeks an order of the Court controlling discovery in this case.

### PARTIES

2.    Plaintiffs are BEATRIZ GARCIA, individually and as the natural guardian of her minor children, Sasha Garcia and Joseph Garcia, and her husband, ANTONIO JIMENEZ, each of whom reside in Hempstead, Waller County, Texas.

3.    Defendant ST. JOSEPH REGIONAL HEALTH CENTER is a Texas corporation with its principal office in Bryan, Brazos County, Texas.  It may be served with process through its

registered agent for service of process, Odette Bolano at 2801 Franciscan Dr., Bryan, Texas 77802.

4.      Defendant DANIEL D. DAWSON is a physician licensed by the State of Texas who may be served with process at his place of business, 2900 E. 29th St., Bryan, Brazos County, Texas 77802.

5.      Defendant ROLAND R. GARZA is a physician licensed by the State of Texas who may be served with process at 1905 Dove Crossing Lane, Navasota, Grimes County, Texas 77868.

## JURISDICTION AND VENUE

6.      This court has jurisdiction over this case pursuant to Article 5 § 8 of the Texas Constitution and Texas Government Code § 24.007. The Court further has jurisdiction because the Plaintiffs seek in excess of one million dollars, which amount exceeds the minimum jurisdictional limits of this Court.

7.      Venue is proper because the events, acts and omissions giving rise to the claims herein occurred in Brazos County, Texas. In addition, the principal place of business of each of the Defendants is in Brazos County, Texas. Accordingly, venue is proper in Brazos County, Texas pursuant to Texas Civil Practice & Remedies Code §15.002(a)(1)-(3).

## CONDITIONS PRECEDENT

8.      All conditions precedent to the filing of this action have been satisfied, including but not limited to the requirements of Texas Civil Practice & Remedies Code § 74.051.

## STATEMENT OF FACTS

9.      This is a health care liability claim as defined by the Texas Civil Practice & Remedies Code § 74.001(a)(13). On the night of March 27, 2013 Plaintiff Beatriz Garcia was

admitted to St. Joseph Regional Health Center in Bryan, Texas for scheduled Cytotec induction

of labor after an unremarkable prenatal course.  Defendant Roland R. Garza, MD was the

admitting physician in charge of labor and delivery, and Defendant Daniel D. Dawson, MD was

an attending physician who provided post-delivery care.  The nurses and other staff employed by

St. Joseph Regional Health Center, including Mary Anne Cast, R.N., provided healthcare

services to Ms. Garcia.

       10.    At 11:10 a.m. on March 28th, Ms. Garcia began to experience heavy vaginal

bleeding.  Although Dr. Garza was aware of the bleeding, no attempt was made to quantify an

amount of the blood loss.  A few moments later it was noted that there was increased bleeding.

At 11:25 she delivered her baby followed by a large gush of blood.  At this time nor at any time

was there any attempt to quantify the amount of blood loss.  After delivery she continued severe

post-delivery bleeding for which only minimal remedial measures were undertaken.  Despite her

serious continuing blood loss, increasing heart rate, decreasing blood pressure for which no

corrective measures were taken, Dr. Garza left the room leaving her alone with the hospital staff.

Other than noting at 12:40 p.m. that Dr. Garza was needed back in the room, the hospital staff

did not call for help from another physician, or activate any type of hemorrhage trauma protocol.

When Dr. Garza returned, he realized that something more serious needed to be done, and he

called in Dr. Dawson, an obstetrics and gynecology specialist.  Dr. Dawson took no significant

steps at care despite the fact that the patient's loss of blood was critical at this point.  After

fifteen minutes, Dr. Garza revaluated Ms. Garcia and decided surgery was necessary.  Despite

Dr. Dawson's acknowledgement that she had severe bleeding, probably as a result of uterine

atony, nothing meaningful was done to control the bleeding.  By 1:30 p.m. some remedial steps

were taken by Drs. Garza and Dawson, but they were ineffective.  At approximately 2:40 p.m. an

emergency hysterectomy was begun. At approximately 2:59 p.m. Ms. Garcia "coded" the first time—her heart and respiratory systems failed—and she was revived several minutes later. She coded again, and was revived. At approximately 4:30 p.m. she was transferred to the intensive care unit.

11.      As a result of this untreated blood loss she suffered multiple medical problems, including respiratory failure, cardiac failure, acute renal failure, and was required to have a hysterectomy, and contracted a severe wound infection which caused additional surgeries. Her kidneys have permanently failed and she requires dialysis multiple times weekly to stay alive.

## NEGLIGENCE

12.      Drs. Dawson and Garza are physicians licensed in the state of Texas, each of whom established a physician-patient relationship with the Plaintiff Beatriz Garcia. St. Joseph Regional Health Center is a hospital authorized to do business in the State of Texas, and is the employer of the nurses who provided healthcare to Ms. Garcia.

13.      Dr. Dawson, Dr. Garza and the nurses and staff employed by St. Joseph's Regional, each individually and collectively, had a duty to follow proper protocol in performing the delivery and in her post-delivery care, including the duty to assess the severity of the bleeding, to properly estimate the blood loss from the patient, to replace the blood loss with proper blood products, and to manage her consumptive coagulopathy as a result of the blood loss. The failure to perform, or the delay in performing these necessities is the direct and proximate cause of the injuries sustained by the Plaintiffs.

14.      Dr. Garza breached the standard of care by the following acts and omissions: Failing to properly monitor Ms. Garcia for bleeding after the delivery, failing to properly and timely diagnose Ms. Garcia with severe hemorrhage after the delivery, failing to properly and

timely treat Ms. Garcia for hemorrhage after the delivery, failing to timely and properly respond to changes and, or deterioration in Ms. Garcia's condition after the delivery, and failing to timely refer to or consult with specialists regarding Ms. Garcia's condition after the delivery. These breaches are the direct and proximate cause of the injuries to the Plaintiffs.

15.    Dr. Dawson breached the standard of care by the following acts and omissions: Failing to properly monitor Ms. Garcia for bleeding after the delivery, failing to properly and timely diagnose Ms. Garcia with severe hemorrhage after the delivery, failing to properly and timely treat Ms. Garcia for hemorrhage after the delivery, failing to timely and properly respond to changes and, or deterioration in Ms. Garcia's condition after the delivery. These breaches are the direct and proximate cause of the injuries to the Plaintiffs.

16.    St. Joseph's Regional Health Center admitted Ms. Garcia for treatment. As a healthcare institution, it owed a duty of care to Ms. Garcia to provide adequate facilities and staff for treatment, and is liable for the negligent acts of its employees and agents, including but not limited to doctors, nurses, and staff. Through the negligence of its nurses and staff, St. Joseph Regional breached the standard of care by the following acts and omissions: Failing to properly monitor Ms. Garcia for bleeding after the delivery, failing to properly and timely report the amount of blood loss and the deteriorating condition of the patient; by failing to adequately train its employees for post-delivery hemorrhage, and to have the proper facilities to treat post-delivery hemorrhage, and in failing to implement proper procedures for delivery room command. These breaches are the direct and proximate cause of the injuries to the Plaintiffs.

## DAMAGES

17.    As a direct and proximate result of the actions of Dr. Dawson, Dr. Garza and St. Joseph's Regional Health Center, Plaintiffs have suffered and will continue to suffer serious and

permanent injuries and damages. Plaintiffs therefore seek from Defendants, jointly and severally, all damages as allowed by Texas law including but not limited to damages for lost income, past and future medical care, loss of society and companionship, past and future mental anguish, pain and suffering, and loss of earning capacity.

## JURY DEMAND

18.     Plaintiffs request a trial by jury and have tendered herewith the appropriate fee.

## PRAYER

19.     Wherefore, premises considered, Plaintiffs pray that the Defendants be cited to appear and answer herein, that after proper hearing the Plaintiffs have judgment against the Defendants for all damages, prejudgment interest, post-judgment interest, costs of Court, and such other and further relief, both general and special, in law and in equity, to which Plaintiffs may be justly entitled.

Respectfully submitted:

/s/ W. Shawn Staples
Michael J. Stanley
State Bar No. 19046600
mstanley@stanleylaw.com
W. Shawn Staples
wshawnstaples@stanleylaw.com
State Bar No. 00788457
7026 Old Katy Road, Suite 259
Houston, Texas 77056
(713) 980-4381 – Telephone
(713) 980-1179 – Facsimile

ATTORNEYS FOR PLAINTIFF

Filed 5/20/2015 11:22:10 AM
Marc Hamlin, District Clerk
Brazos County, Texas
Michael Wersig

Cause No. 15-000605-CV-85

| | | |
|---|---|---|
| BEATRIZ GARCIA, individually and a/n/f of SASHA GARCIA and JOSEPH GARCIA, minors, and ANTONIO JIMENEZ, | § § § § | IN THE DISTRICT COURT |
| **Plaintiffs** | § | |
| | § | **BRAZOS COUNTY, TEXAS** |
| V. | § | |
| | § | |
| ST. JOSEPH'S REGIONAL HEALTH CENTER, DANIEL D. DAWSON and ROLAND R. GARZA, | § § § | |
| **Defendants** | § | **85ᵀᴴ JUDICIAL DISTRICT** |

## ORIGINAL ANSWER OF
## DEFENDANT ST. JOSEPH'S REGIONAL HEALTH CENTER

TO THE HONORABLE COURT:

Defendant St. Joseph's Regional Health Center [sic] ("Defendant") files its Original Answer to Plaintiff's Original Petition and would respectfully show:

**I.**

Defendant denies generally each and every allegation in Plaintiff's Original Petition and demands strict proof by a preponderance of the evidence in accordance with the laws of the State of Texas.

**II.**

Defendant's proper name is St. Joseph Regional Health Center.

WHEREFORE, Defendant St. Joseph's Regional Health Center [sic] requests judgment of the Court that Plaintiffs take nothing by their suit and that Defendant go hence with its costs without delay.

Original Answer of Defendant St. Joseph Regional Health Center                                                Page 1

Respectfully submitted,

REED, CLAYMON, MEEKER & HARGETT, PLLC
5608 Parkcrest Dr., Suite 200
Austin, TX   78731
Phone: (512) 660-5960
Fax: (512) 660-5979

By: _____
Robert L. Hargett
State Bar No. 08996550
rhargett@rcmhlaw.com
Janice Byington
State Bar No. 24006938
jbyington@rcmhlaw.com

**ATTORNEYS FOR DEFENDANT**
**ST. JOSEPH REGIONAL HEALTH CENTER**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing instrument has been delivered to all counsel of record via the Court's electronic filing system or by facsimile on the 20th day of May, 2015.

W. Shawn Staples
Michael J. Stanley
STANLEY, FRANK & ROSE, LLP
7026 Old Katy Rd., Suite 259
Houston, TX   77024

James R. Boston, Jr.
Gary Sommer
BOSTON & HUGHES, P.C.
8584 Katy Freeway, Suite 310
Houston, TX   77024

_____
Robert L. Hargett

Filed 6/7/2015 11:28:51 AM
Marc Hamlin, District Clerk
Brazos County, Texas
Jennifer Saenz

CAUSE NO. 15-000605-CV-85

| | | |
|---|---|---|
| BEATRIZ GARCIA, individually and a/n/f | § | IN THE DISTRICT COURT OF |
| of SASHA GARCIA and JOSEPH | § | |
| GARCIA, minors, and ANTONIO | § | |
| JIMENEZ | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | BRAZOS COUNTY, TEXAS |
| | § | |
| ST. JOSEPH'S REGIONAL HEALTH | § | |
| CENTER, DANIEL D. DAWSON AND | § | |
| ROLAND R. GARZA | § | |
| *Defendants*. | § | 85TH  JUDICIAL DISTRICT |

### DEFENDANT DANIEL D. DAWSON, M.D.'S
### ORIGINAL ANSWER AND JURY DEMAND

**TO THE HONORABLE JUDGE OF SAID COURT:**

DANIEL D. DAWSON, M.D., Defendant in the above styled and numbered cause files his Original Answer and Jury Demand and would show unto the Court as follows:

**I.**

As is authorized by Rule 92 of the Texas Rules of Civil Procedure, Defendant **DANIEL D. DAWSON, M.D.**, generally denies each and every allegation contained in Plaintiff's Original Petition, and respectfully requests that Plaintiff be required to prove same by a preponderance of the evidence as is required by the Constitution and laws of the state of Texas.

**II.**

Defendant expressly invokes all damage limitations, provisions, and/or affirmative defenses to which he is legally entitled including, but not limited to, those authorized by Tex. Civ. Prac. & Rem. Code §§ 41.002, 41.003, 41.004, 41.006, 41.007, 41.008 and 41.012, § 74.301, § 74.302, § 74.303, 74.503, and the prejudgment interest limitation and/or provision authorized by Tex. Fin. Code § 304.003 to § 304.1045.

1

### III.

Plaintiff avers compliance with Tex. Civ. Prac. & Rem. Code §74.051 and §74.052. However, Defendant reserves the right to challenge the adequacy of any pre-suit notice letter, medical authorization, and/or expert report provided pursuant to Chapter 74.

### IV.

This defendant did not cause the plaintiffs alleged injuries and/or damages. Any and all alleged injuries and/or damages were solely and proximately caused by a new and independent cause and/or a superseding intervening cause separate and apart from anything Defendant **DANIEL D. DAWSON, M.D.,** did or did not do.

### V.

Any and all alleged injuries and/or damages were caused, in whole or in part, by acts and/or omissions of third parties over which this Defendant had no control and/or should have had no control.

### VI.

Defendant invokes that legal doctrine which permits him to submit issues against other entities which have paid monies in settlement of liability for this cause of action and/or take a credit for monies paid for the extinguishment of such liability. This pleading is directed at any settlement with entities who are presently parties to this action, entities who are not parties to this action and will not be made so, and entities who are not parties to this action but who will or may be added later as Defendants.

### VII.

The incident made the basis of this suit was unavoidable and, therefore, not proximately caused by negligence.

2

## VIII.

Any alleged injuries and/or damages resulted from, were produced and/or were caused, in whole or in part, by anatomical anomalies, injuries and/or illnesses over which this Defendant had no control and which constitute what is known in law as "an act of God."

## IX.

Defendant is entitled to the benefits of any percentage reduction, or direct credit, to be elected at the time of trial pursuant to the Tex. Civ. Prac. & Rem. Code.

## X.

Plaintiff may only recover medical expenses that were actually "paid or incurred". *See* Tex. Civ. Prac. & Rem. Code § 41.0105. Specifically, Plaintiff is not entitled to a damage award for medical bills for which no payment obligation exists and/or ever existed.

## XI.

Any alleged non-economic damages are capped pursuant to Tex. Civ. Prac. & Rem. Code § 74.301.

## XII.

Defendant reserves the right to designate a Responsible Third Party in accordance with Tex. Civ. Prac. & Rem. Code § 33.004.

## XIII.

Defendant reserves the right to make periodic payments of any future damages including, but not limited to, medical, healthcare, custodial services, physical pain, mental anguish, disfigurement, physical impairment, loss of consortium, and loss of earnings. *See* Tex. Civ. Prac. & Rem. Code § 74.503.

3

## XIV.

The joint and several liability provisions of Tex. Civ. Prac. & Rem. Code § 33.013 and/or of Texas common law are inappropriate, impermissible, and constitute taking property without due process of law in violation of the due process and/or due course of law provisions of the United States and Texas Constitutions. Moreover, the application of joint and several liability constitutes a constitutionally impermissible *ex post facto* law, and amounts to an excessive fine prohibited by the Eighth Amendment of the U.S. Constitution as applied to the states through the Fourteenth Amendment. Additionally, joint and several liability imparts liability that bares no reasonable relationship to actual damages caused or the degree of fault attributed to a Defendant by the trier of fact. It, therefore, constitutes an impermissible deprivation of property without due process and due course of law, thus violating the right to a trial by jury as guaranteed by the U.S. and Texas Constitutions. Finally, joint and several liability violates the open courts provision of the Texas Constitution in that damages imposed upon a Defendant are not determined by the trier of fact.

## XV.

Awarding pre-judgment interest violates the Eighth Amendment of the U.S. Constitution as applied to the states by the Fourteenth Amendment. It constitutes an excessive fine imposed without fundamental due process and equal protection. Defendant invokes his rights under the Fifth, Eighth and Fourteenth Amendments to the U.S. Constitution and the equal protection, due process, and open courts provisions of the Texas Constitution, and respectfully requests that this Court disallow a pre-judgment interest award.

## XVI.

Defendant hereby demands a jury trial and tenders the required fee.

4

## XVII.

### DISCLOSURE REQUEST

Pursuant to Texas Rule of Civil Procedure 194, Defendant **DANIEL D. DAWSON, M.D.** requests that Plaintiff disclose within 30 days of service of this request, the information and/or materials described in Rule 194.2.

**WHEREFORE, PREMISES CONSIDERED,** Defendant **DANIEL D. DAWSON, M.D.** respectfully prays that upon trial of this matter, judgment be entered that Plaintiff takes nothing and that Defendant be discharged with his costs incurred herein, and for such other and further relief to which he may show himself justly entitled.

Respectfully submitted,

**BOSTON & HUGHES, P.C.**

*/s/ James R. Boston, Jr.*

By: _____

**JAMES R. BOSTON, JR.**
Texas Bar No.: 02681200
JBoston@bostonhughes.com
**GARY SOMMER**
Texas Bar No.: 24010415
GSommer@bostonhughes.com
8584 Katy Freeway, Suite 310
Houston, TX 77024
Telephone: 713-961-1122
Facsimile: 713-965-0883
**ATTORNEYS FOR DEFENDANT
DANIEL D. DAWSON, M.D.**

5

<u>**CERTIFICATE OF SERVICE**</u>

Pursuant to Rules 21 and 21(a) of the Texas Rules of Civil Procedure, I hereby certify that a true and correct copy of Defendant **DANIEL D. DAWSON, M.D.'s Original Answer and Jury Demand** has been forwarded to counsel of record named below via e-filing and/or USPS – Certified RRR on this the 7th day of May, 2015.

*<u>Via E-File and USPS - Certified, RRR</u>*
Michael J. Stanley
W. Shawn Staples
7026 Old Katy Road, Suite 259
Houston, TX 77056

*/s/ James R. Boston, Jr.*
_____
**JAMES R. BOSTON, JR.**

6

# CIVIL CASE INFORMATION SHEET

**15-000605-CV-85**

CAUSE NUMBER *(FOR CLERK USE ONLY)*: _____  COURT *(FOR CLERK USE ONLY)*: _____

STYLED _____
(e.g. John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing. This sheet, approved by the Texas Judicial Council, is intended to collect information that will be used for statistical purposes only. It neither replaces nor supplements the filings or service of pleading or other documents as required by law or rule. The sheet does not constitute a discovery request, response, or supplementation, and it is not admissible at trial.

| 1. Contact information for person completing case information sheet: | Names of parties in case: | Person or entity completing case information sheet is: |
|---|---|---|
| Name: **W. SHAWN Staples**    Email: **WSStaples@ stanleylaw.com** | Plaintiff(s)/Petitioner(s): **BEATRIZ GARCIA ANTONIO JIMENEZ** | ☑Attorney for Plaintiff/Petitioner<br>☐Pro Se Plaintiff/Petitioner<br>☐Title IV-D Agency<br>☐Other: _____ |
| Address: **7026 OLD KATY RD #259**   Telephone: **713-980-4381** | | Additional Parties in Child Support Case: |
| City/State/Zip: **Houston Tx 77024**   Fax: **713-980-1179** | Defendant(s)/Respondent(s): **ST. JOSEPH REGIONAL DANIEL J. DAWSON ROLAND R. GARZA** | Custodial Parent:<br><br>Non-Custodial Parent:<br><br>Presumed Father: |
| Signature: | State Bar No: **00788459** | |
| | [Attach additional page as necessary to list all parties] | |

**2. Indicate case type, or identify the most important issue in the case (select only 1):**

| Civil | | | Family Law |
|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship**    **Post-judgment Actions (non-Title IV-D)** |
| **Debt/Contract**<br>☐Consumer/DTPA<br>☐Debt/Contract<br>☐Fraud/Misrepresentation<br>☐Other Debt/Contract: | ☐Assault/Battery<br>☐Construction<br>☐Defamation<br>**Malpractice**<br>☐Accounting<br>☐Legal<br>☑Medical<br>☐Other Professional Liability: | ☐Eminent Domain/Condemnation<br>☐Partition<br>☐Quiet Title<br>☐Trespass to Try Title<br>☐Other Property: | ☐Annulment<br>☐Declare Marriage Void<br>**Divorce**<br>☐With Children<br>☐No Children    ☐Enforcement<br>☐Modification—Custody<br>☐Modification—Other<br>**Title IV-D** |
| **Foreclosure**<br>☐Home Equity—Expedited<br>☐Other Foreclosure<br>☐Franchise<br>☐Insurance<br>☐Landlord/Tenant<br>☐Non-Competition<br>☐Partnership<br>☐Other Contract: | ☐Motor Vehicle Accident<br>☐Premises<br>**Product Liability**<br>☐Asbestos/Silica<br>☐Other Product Liability<br>List Product:<br><br>☐Other Injury or Damage: | **Related to Criminal Matters**<br>☐Expunction<br>☐Judgment Nisi<br>☐Non-Disclosure<br>☐Seizure/Forfeiture<br>☐Writ of Habeas Corpus—Pre-Indictment<br>☐Other: | **Other Family Law**<br>☐Enforce Foreign Judgment<br>☐Habeas Corpus<br>☐Name Change<br>☐Protective Order<br>☐Removal of Disabilities of Minority<br>☐Other:    ☐Enforcement/Modification<br>☐Paternity<br>☐Reciprocals (UIFSA)<br>☐Support Order<br><br>**Parent-Child Relationship**<br>☐Adoption/Adoption with Termination<br>☐Child Protection<br>☐Child Support<br>☐Custody or Visitation<br>☐Gestational Parenting<br>☐Grandparent Access<br>☐Parentage/Paternity<br>☐Termination of Parental Rights<br>☐Other Parent-Child: |
| **Employment** | | **Other Civil** | |
| ☐Discrimination<br>☐Retaliation<br>☐Termination<br>☐Workers' Compensation<br>☐Other Employment: | ☐Administrative Appeal<br>☐Antitrust/Unfair Competition<br>☐Code Violations<br>☐Foreign Judgment<br>☐Intellectual Property | ☐Lawyer Discipline<br>☐Perpetuate Testimony<br>☐Securities/Stock<br>☐Tortious Interference<br>☐Other: | |
| **Tax** | | **Probate & Mental Health** | |
| ☐Tax Appraisal<br>☐Tax Delinquency<br>☐Other Tax | **Probate/Wills/Intestate Administration**<br>☐Dependent Administration<br>☐Independent Administration<br>☐Other Estate Proceedings | ☐Guardianship—Adult<br>☐Guardianship—Minor<br>☐Mental Health<br>☐Other: | |

**3. Indicate procedure or remedy, if applicable (may select more than 1):**

| | | |
|---|---|---|
| ☐Appeal from Municipal or Justice Court<br>☐Arbitration-related<br>☐Attachment<br>☐Bill of Review<br>☐Certiorari<br>☐Class Action | ☐Declaratory Judgment<br>☐Garnishment<br>☐Interpleader<br>☐License<br>☐Mandamus<br>☐Post-judgment | ☐Prejudgment Remedy<br>☐Protective Order<br>☐Receiver<br>☐Sequestration<br>☐Temporary Restraining Order/Injunction<br>☐Turnover |

Filed 3/26/2015 9:47:36 AM
Marc Hamlin, District Clerk
Brazos County, Texas
Kresta Smith
Page 1 of 1



**Stanley, Frank & Rose** LLP

7026 Old Katy Road, Suite 259
Houston, Texas 77024
713.980.4381 telephone
713.980.1179 facsimile

March 25, 2015

*Via Prodoc*
Brazos County District Clerk
300 E, 26th Street
Suite 1200
Bryan, Texas 77802

RE:   **C/N 15-000605-CV-85;** *Beatriz Garcia, et al. v. St. Joseph Regional Health, et al.;* **In the District Court of Brazos County, Texas**

Dear Clerk of the Court:

Enclosed for filing is request for citations that have already been paid on envelope number 4429492.

Should you have any questions, please feel free to call our office.

Sincerely,

Nancy Villafranco
Legal Secretary

/nv
enclosure

Filed 3/26/2015 9:47:36 AM
Marc Hamlin, District Clerk
Brazos County, Texas
Kresta Smith
Page 1 of 1

Brazos County



*Marc Hamlin*
*District Clerk*

300 E. 26ᵗʰ St., Suite 216
Bryan TX 77803
(979) 361-4230-4240

## ISSUANCE OF PROCESS INSTRUCTIONS

Cause Number: _15 - 000605 - CU-85_

Please issue the following type of process:

☒ Citation    ☐ Citation by Publication    ☐ Citation by Posting

☐ Writ of Sequestration    ☐ Writ of Garnishment    ☐ Writ of Attachment

☐ Subpoena-Civil    ☐ Subpoena-Criminal    ☐ Bill of Cost

Requesting Party's Name, Address and Phone Number:

_William Shawn Staples_
_7026 Old Katy Rd. Ste 259_
_Houston, TX 77024_

Name and Address of person to be served:

_St. Joseph Regional Healthcare  c/o Odette Burano_
_2801 Franciscan Dr._
_Bryan, Texas 77802_

Please check one:

☐  Attorney/Runner will pick up (Put in Runners Box)

☐  Process Server will pick up (Put in Runners Box)

☑  Mail to Attorney's Office/Requesting Party

☐  Forward to Sheriff's Office

☐  Serve by Certified Mail

---

**The Brazos County District Clerk's Office cannot issue any process until the above information is provided and the correct fees have been paid.**

Filed 3/26/2015 9:47:36 AM
Marc Hamlin, District Clerk
Brazos County, Texas
Kresta Smith
Page 1 of 1

Brazos County



300 E. 26th St., Suite 216
Bryan TX 77803
(979) 361-4230-4240

*Marc Hamlin*
*District Clerk*

## ISSUANCE OF PROCESS INSTRUCTIONS

Cause Number: 15- C006605-CV-85

Please issue the following type of process:

☒ Citation   ☐ Citation by Publication   ☐ Citation by Posting

☐ Writ of Sequestration   ☐ Writ of Garnishment   ☐ Writ of Attachment

☐ Subpoena-Civil   ☐ Subpoena-Criminal   ☐ Bill of Cost

Requesting Party's Name, Address and Phone Number:

William Shawn Staples
7026 Old Katy Rd, 259
Houston, TX 77024

Name and Address of person to be served:

Daniel O. Dawson
2900 E. 29th St.
Bryan, Texas 77802

Please check one:

☐   Attorney/Runner will pick up (Put in Runners Box)

☐   Process Server will pick up (Put in Runners Box)

☑   Mail to Attorney's Office/Requesting Party

☐   Forward to Sheriff's Office

☐   Serve by Certified Mail

---

**The Brazos County District Clerk's Office cannot issue any process until the above information is provided and the correct fees have been paid.**

Filed 3/26/2015 9:47:36 AM
Marc Hamlin, District Clerk
Brazos County, Texas
Kresta Smith
Page 1 of 1

Brazos County



*Marc Hamlin*
*District Clerk*

300 E. 26ᵗʰ St., Suite 216
*Bryan TX 77803*
(979) 361-4230-4240

## ISSUANCE OF PROCESS INSTRUCTIONS

Cause Number: 15-000605-CIV-85

Please issue the following type of process:

☒ Citation   ☐ Citation by Publication   ☐ Citation by Posting

☐ Writ of Sequestration   ☐ Writ of Garnishment   ☐ Writ of Attachment

☐ Subpoena-Civil   ☐ Subpoena-Criminal   ☐ Bill of Cost

Requesting Party's Name, Address and Phone Number:

William Shaun Staples
7620 Old Katy Rd, 259
Houston, TX 77024

Name and Address of person to be served:

Roland R. Garza
1905 Curve Crossing Lane
Navasota, Texas 77868

Please check one:

☐  Attorney/Runner will pick up (Put in Runners Box)

☐  Process Server will pick up (Put in Runners Box)

☑  Mail to Attorney's Office/Requesting Party

☐  Forward to Sheriff's Office

☐  Serve by Certified Mail

---

**The Brazos County District Clerk's Office cannot issue any process until the above
information is provided and the correct fees have been paid.**

| CLERK OF THE COURT | ATTORNEY FOR PLAINTIFF |
|---|---|
| Marc Hamlin | STAPLES, WILLIAM SHAWN |
| 300 East 26th Street, Suite 1200 | 7026 OLD KATY ROAD, STE. 259 |
| Bryan, TX 77803 | HOUSTON, TX 77024 |

THE STATE OF TEXAS                       **CITATION**

NOTICE TO THE DEFENDANT: "You have been sued. You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO <u>St. Joseph Regional Healthcare c/o Odette Bolano who may be served at 2801 Franciscan Dr., Bryan, Texas 77802</u> Defendant,

Greeting:

You are hereby commanded to appear by filing a written answer to the <u>Plaintiff's Original Petition</u> at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable <u>85th District Court</u> of Brazos County, Texas at the Courthouse of said County in Bryan, Texas.  Said Petition was filed on the <u>9th</u> day of <u>March</u> A.D. 2015, in the case, numbered <u>15-000605-CV-85</u>on the docket of said court, and styled,

<u>Beatriz Garcia, Individually and a/n/f of Sasha Garcia and Joseph Garcia, Minors, and Antonio Jimenez</u>
Plaintiffs
VS.
<u> St. Joseph's Regional Health Center, Daniel D. Dawson and Roland R. Garza</u> Defendants

The nature of Plaintiff's demand is fully shown by a true and correct copy of the <u>Plaintiff's Original Petition</u> accompanying this citation and made a part thereof.

The officer executing the writ shall promptly serve the same according to requirements of the law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and sealed of said Court at office, this the <u>27th</u>day of <u>March, 2015</u>

Marc Hamlin
Clerk of Brazos County, Texas

By _____ Deputy

**OFFICER'S RETURN**

Came to hand on the _____ day of _____, 20___, at _____ o'clock____.M.
Executed at _____, within the County of _____ at _____ o'clock ___.M. on the
_____ day of _____, 20___, by delivering to the within
named_____
_____each, in person, a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

Total fee for serving this citation_____

Sheriff Account

To certify which witness my hand officially.

No._____

For Clerk's Use

Taxed_____
Returned Record_____

Sheriff of _____County, Texas
By _____Deputy

| CLERK OF THE COURT | ATTORNEY FOR PLAINTIFF |
|---|---|
| Marc Hamlin | STAPLES, WILLIAM SHAWN |
| 300 East 26th Street, Suite 1200 | 7026 OLD KATY ROAD, STE. 259 |
| Bryan, TX 77803 | HOUSTON, TX 77024 |

THE STATE OF TEXAS **CITATION**

NOTICE TO THE DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO Daniel D. Dawson who may be served at 2900 E. 29th St., Bryan, Texas 77802 Defendant,
Greeting:

You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable 85th District Court of Brazos County, Texas at the Courthouse of said County in Bryan, Texas. Said Petition was filed on the 9th day of March A.D. 2015, in the case, numbered 15-000605-CV-85on the docket of said court, and styled,

Beatriz Garcia, Individually and a/n/f of Sasha Garcia and Joseph Garcia, Minors, and Antonio Jimenez Plaintiffs
VS.
St. Joseph's Regional Health Center, Daniel D. Dawson and Roland R. Garza Defendants

The nature of Plaintiff's demand is fully shown by a true and correct copy of the Plaintiff's Original Petition accompanying this citation and made a part thereof.

The officer executing the writ shall promptly serve the same according to requirements of the law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and sealed of said Court at office, this the 27th day of March, 2015

Marc Hamlin
Clerk of Brazos County, Texas

By _____ Deputy

**OFFICER'S RETURN**

Came to hand on the _____ day of _____, 20___, at _____ o'clock____.M.
Executed at _____, within the County of _____ at _____ o'clock ___.M. on the _____ day of _____, 20___, by delivering to the within named _____ each, in person, a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

Total fee for serving this citation_____ ---

To certify which witness my hand officially.

Sheriff Account

No._____ ---

For Clerk's Use

Taxed_____
Returned Record_____

Sheriff of _____ County, Texas
By _____ Deputy

| CLERK OF THE COURT | ATTORNEY FOR PLAINTIFF |
|---|---|
| Marc Hamlin | STAPLES, WILLIAM SHAWN |
| 300 East 26th Street, Suite 1200 | 7026 OLD KATY ROAD, STE. 259 |
| Bryan, TX 77803 | HOUSTON, TX 77024 |

THE STATE OF TEXAS       **CITATION**

NOTICE TO THE DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO <u>Roland R. Garza who may be served at 1905 Dove Crossing Lane, Navasota, Texas 77868</u> Defendant, Greeting:

You are hereby commanded to appear by filing a written answer to the <u>Plaintiff's Original Petition</u> at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable <u>85th District Court</u> of Brazos County, Texas at the Courthouse of said County in Bryan, Texas. Said Petition was filed on the <u>9th</u> day of <u>March</u> A.D. 2015, in the case, numbered <u>15-000605-CV-85</u>on the docket of said court, and styled,

<u>Beatriz Garcia, Individually and a/n/f of Sasha Garcia and Joseph Garcia, Minors, and Antonio Jimenez</u>
Plaintiffs
VS.
<u>St. Joseph's Regional Health Center, Daniel D. Dawson and Roland R. Garza</u>Defendants

The nature of Plaintiff's demand is fully shown by a true and correct copy of the <u>Plaintiff's Original Petition</u> accompanying this citation and made a part thereof.

The officer executing the writ shall promptly serve the same according to requirements of the law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and sealed of said Court at office, this the <u>27th</u>day of <u>March, 2015</u>

Marc Hamlin
Clerk of Brazos County, Texas

By _____Deputy

**OFFICER'S RETURN**

Came to hand on the _____ day of _____, 20____, at _____ o'clock_____.M.
Executed at _____, within the County of _____at _____ o'clock ___.M. on the _____ day of _____, 20____, by delivering to the within named
_____each, in person, a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

Total fee for serving this citation_____

To certify which witness my hand officially.

Sheriff Account

No._____

For Clerk's Use

Taxed_____
Returned Record_____

Sheriff of _____County, Texas
By _____Deputy

WILLIAM SHAWN STAPLES
7026 OLD KATY ROAD, STE. 259
HOUSTON, TEXAS 77024

Marc Hamlin
District Clerk
Brazos County
300 E. 26th St., Suite 1200
Bryan, Texas 77803
Official Business

RETURN SERVICE REQUESTED

OFFICE OF THE DISTRICT CLERK

Filed 4/10/2015 3:47:27 PM
Marc Hamlin, District Clerk
Brazos County, Texas
Kayla Johnson

*Brazos County*



300 *E. 26th St., Suite 216*
*Bryan TX 77803*
*(979) 361-4230-4240*

*Marc Hamlin*
*District Clerk*

## ISSUANCE OF PROCESS INSTRUCTIONS

Cause Number: **15-000605-cv-85**

Please issue the following type of process:

☑ Citation  ☐ Citation by Publication  ☐ Citation by Posting
☐ Writ of Sequestration  ☐ Writ of Garnishment  ☐ Writ of Attachment
☐ Subpoena-Civil  ☐ Subpoena-Criminal  ☐ Bill of Cost

Requesting Party's Name, Address and Phone Number:
W. Shawn Staples

Stanley, Frank & Rose

7026 Old Katy Rd., Ste 259, Houston, Tx 77024

Name and Address of person to be served:
St. Joseph Regional Health Center

CT Corporation System

1999 Bryant St., Ste 900, Dallas, Tx 75201

Please check one:

☐  Attorney/Runner will pick up (Put in Runners Box)

☐  Process Server will pick up (Put in Runners Box)

☑  Mail to Attorney's Office/Requesting Party

☐  Forward to Sheriff's Office

☐  Serve by Certified Mail

> **The Brazos County District Clerk's Office cannot issue any process until the above**
> **information is provided and the correct fees have been paid.**

CLERK OF THE COURT
Marc Hamlin
300 East 26th Street, Suite 1200
Bryan, TX 77803

**ATTORNEY FOR PLAINTIFF**
**STAPLES, W. SHAWN**
**7026 OLD KATY ROAD STE 256**
**HOUSTON, TEXAS 77056**

THE STATE OF TEXAS                         **CITATION**

NOTICE TO THE DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO St. Joseph's Regional Health Center who may be served through CT Corporation System at 1999 Bryant St., Ste 900, Dallas, Texas 75201 Defendant,

Greeting:

You are hereby commanded to appear by filing a written answer to the **Plaintiff's Original Petition** at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable 85th District Court of Brazos County, Texas at the Courthouse of said County in Bryan, Texas. Said Petition was filed on the 9th day of March A.D. 2015, in the case, numbered 15-000605-CV-85 on the docket of said court, and styled,

Beatriz Garcia, individually and a/n/f of Sasha Garcia and Joseph Garcia Minors, and Antonio Jimenez Plaintiff
VS.
St. Joseph's Regional Health Center, Daniel D. Dawson and Roland R. Garza Defendants

The nature of Plaintiff's demand is fully shown by a true and correct copy of **Plaintiff's Original Petition** accompanying this citation and made a part thereof.

The officer executing the writ shall promptly serve the same according to requirements of the law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and sealed of said Court at office, this the 14th day of April, 2015

Marc Hamlin .
Clerk of Brazos County, Texas

By _____ Deputy

**OFFICER'S RETURN**

Came to hand on the _____ day of _____, 20____, at _____ o'clock ____.M.
Executed at _____, within the County of _____ at _____ o'clock ____.M. on the _____ day of _____, 20____, by delivering to the within named _____each, in person, a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

Total fee for serving this citation_____

To certify which witness my hand officially.

Sheriff Account

No._____

For Clerk's Use
Taxed_____
Returned Record_____

Sheriff of _____ County, Texas
By _____ Deputy



*Marc Hamlin*
District Clerk
Brazos County
300 E. 26th St., Suite 1200
Bryan, Texas 77803
**Official Business**
RETURN SERVICE REQUESTED

STAPLES, W. SHAWN
HOUSTON, TEXAS 77056
7026 OLD KATY ROAD STE 2

04 65 136

Filed 4/30/2015 2:38:15 PM
Marc Hamlin, District Clerk
Brazos County, Texas
Krista Smith
Page 1 of 2

| CLERK OF THE COURT | ATTORNEY FOR PLAINTIFF |
|---|---|
| Marc Hamlin | STAPLES, WILLIAM SHAWN |
| 300 East 26th Street, Suite 1200 | 7026 OLD KATY ROAD, STE. 259 |
| Bryan, TX 77803 | HOUSTON, TX 77024 |

THE STATE OF TEXAS                    CITATION

NOTICE TO THE DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO Roland R. Garza who may be served at 1905 Dove Crossing Lane, Navasota, Texas 77868 Defendant, Greeting:

You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable 85th District Court of Brazos County, Texas at the Courthouse of said County in Bryan, Texas. Said Petition was filed on the 9th day of March A.D. 2015, in the case, numbered 15-000605-CV-85on the docket of said court, and styled,

Beatriz Garcia, Individually and a/n/f of Sasha Garcia and Joseph Garcia, Minors, and Antonio Jimenez Plaintiffs
VS.
St. Joseph's Regional Health Center, Daniel D. Dawson and Roland R. Garza Defendants

The nature of Plaintiff's demand is fully shown by a true and correct copy of the Plaintiff's Original Petition accompanying this citation and made a part thereof.

The officer executing the writ shall promptly serve the same according to requirements of the law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at office, this the 27thday of March, 2015

Marc Hamlin
Clerk of Brazos County, Texas

By _____ Deputy

OFFICER'S RETURN

Came to hand on the _____ day of _____ 20 ____ at _____ o'clock ____M.
Executed at _____, within the County of _____ at _____ o'clock ____M. on the _____ day of _____ 20____ by delivering to the within named _____

each, in person, a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

Total fee for serving this citation _____

To certify which witness my hand officially.                    Sheriff Account

No. _____

For Clerk's Use

Taxed _____                    Sheriff of _____ County, Texas
Returned Record _____          By _____ Deputy

AH

CAUSE NO. 15-000605-CV-85

BEATRIZ GARCIA, ET AL.

VS.

ST. JOSEPHS'S REGIONAL
HEALTH CENTER, ET AL.

IN THE 85TH JUDICIAL DISTRICT COURT OF BRAZOS COUNTY,
TEXAS

AFFIDAVIT OF SERVICE

BEFORE ME, the undersigned authority, *Gregory W. Thompson* (SERVER), personally appeared on this day and stated under oath as follows:

1. My name is *Gregory W. Thompson* (SERVER). I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: *1109 Todd Trail, College Station TX 77845*
(SERVER'S ADDRESS)

2. ON *4-27-15* (DATE) AT *10 : 22* ( *A* ) M (TIME)
CITATION, PLAINTIFF'S ORIGINAL PETITION came to hand for delivery to ROLAND R. GARZA.

3. ON *4-29-15* (DATE) AT *10 : 25* ( *A* ) M (TIME) - The above named documents were delivered to: ROLAND R. GARZA at:
*1602 Rock Prairie Rd, College Station, TX 77845*
(ADDRESS), by PERSONAL Service

SIGNATURE
SCH# *7161* EXPIRATION: *01-31-18*
*Gregory W. Thompson*
AFFIANT PRINTED NAME

SWORN TO AND SUBSCRIBED before me by *Gregory W. Thompson* appeared on the *28th* day of *April*, 2015 to attest witness my hand and seal of office.

KAREN M. THOMPSON
Notary Public, State of Texas
My Commission Expires
August 27, 2016

NOTARY PUBLIC IN AND
FOR THE STATE OF TEXAS
2015.04.65136

04 65133

Filed 4/30/2015 2:35:19 PM
Marc Hamlin, District Clerk
Brazos County, Texas
Krosta Smith
Page 1 of 2

CLERK OF THE COURT
Marc Hamlin
300 East 26th Street, Suite 1200
Bryan, TX 77803

ATTORNEY FOR PLAINTIFF
STAPLES, WILLIAM SHAWN
7026 OLD KATY ROAD, STE. 259
HOUSTON, TX 77024

THE STATE OF TEXAS
NOTICE TO THE DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

**CITATION**

TO **Daniel D. Dawson who may be served at 7900 E. 29th St. Bryan, Texas 77802** Defendant
Greeting:

You are hereby commanded to appear by filing a written answer to the **Plaintiff's Original Petition** at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **85th District Court** of Brazos County, Texas at the Courthouse of said County in Bryan, Texas. Said Petition was filed on the **9th** day of **March** A.D. 2015, in the case, numbered **15-000605-CV-85** on the docket of said court, and styled,

**Beatriz Garcia, Individually and a/p/f of Sasha Garcia and Joseph Garcia, Minors, and Antonio Jimenez** Plaintiffs
VS.

**St. Joseph's Regional Health Center, Daniel D. Dawson and Roland R. Garza** Defendants

The nature of Plaintiff's demand is fully shown by a true and correct copy of the **Plaintiff's Original Petition** accompanying this citation and made a part thereof.

The officer executing the writ shall promptly serve the same according to requirements of the law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at office, this the **27th** day of **March**, 2015

Marc Hamlin
Clerk of Brazos County, Texas

By _____ Deputy
Krosta Smith

**OFFICER'S RETURN**

Came to hand on the _____ day of _____, 20 ____ at ____ o'clock ____ .M.
Executed at _____, within the County of _____, at ____ o'clock ____ .M. on the _____ day of _____, 20 ____, by delivering to the within named _____ each, in person, a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

Total fee for serving this citation _____

To certify which witness my hand officially.                    Sheriff Account

For Clerk's Use                                         No. _____

Taxed _____
Returned Record _____        Sheriff of _____
                                By _____ County, Texas
                                                            Deputy

A1
A1

**CAUSE NO. 15-000605-CV-85**

BEATRIZ GARCIA, ET AL.

VS.

ST. JOSEPHS'S REGIONAL
HEALTH CENTER, ET AL.

IN THE 85TH JUDICIAL DISTRICT COURT OF BRAZOS COUNTY,
TEXAS

**AFFIDAVIT OF SERVICE**

BEFORE ME, the undersigned authority, _Gregory W. Thompson_ (SERVER), personally appeared on this day and stated under oath as follows:

1. My name is _Gregory W. Thompson_ (SERVER). I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: _1109 Todd Trail, College Station, TX 77845_
(SERVER'S ADDRESS)

2. ON _4-27-15_ (DATE) AT _10 : 22 (A)_ M (TIME)
CITATION, PLAINTIFF'S ORIGINAL PETITION came to hand for delivery to DANIEL S. DAWSON.

3. ON _4-29-15_ (DATE) AT _11 : 30 (A)_ M (TIME) - The above named documents were delivered to: DANIEL S. DAWSON at:
_2900 E. 29th St. Bryan, TX 77802_
(ADDRESS), by PERSONAL Service

_Gregory W. Thompson_
SIGNATURE
SCH# _9361_ EXPIRATION: _01-31-18_

_Gregory W. Thompson_
AFFIANT PRINTED NAME

SWORN TO AND SUBSCRIBED before me by _Gregory W. Thompson_ appeared on this _28th_ day of _April_ 2015 to attest witness my hand and seal of office.

_Karen M. Thompson_
NOTARY PUBLIC IN AND
FOR THE STATE OF TEXAS

KAREN M. THOMPSON
Notary Public, State of Texas
My Commission Expires
August 27, 2016

2015.04.05133



*Marc Hamlin*
*District Clerk*
*Brazos County*
300 E. 26th St., Suite 1200
Bryan, Texas 77803
**Official Business**

**RETURN SERVICE REQUESTED**

PRESORTED
FIRST CLASS

DC
At

MAY 0 1 2015

MARC HAMLIN, DIST CLERK
Brazos County, Texas

UNITED STATES POSTAGE

$ 00.40⁶
PITNEY BOWES

002010592
APR 17 2015
MAILED FROM ZIP CODE 77802

STAPLES, W. SHAWN
HOUSTON TEXAS 77056
7026 OLI

NO LONGER LIVES HERE
RETURN TO SENDER

NIXIE          773   DE 1009          0004/23/15

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 77803536100     *0234-00080-17-44

1        77035570561



15-100605-cv-85

Marc Hamlin
District Clerk
Brazos County
300 E. 26th St., Suite 1200
Bryan, Texas 77803
Official Business
RETURN SERVICE REQUESTED

$00.40°
APR 11 2015
MAILED FROM ZIP CODE 77802

MAY 01 2015

NO LONGER LIVES HERE
RETURN TO SENDER

STAPLES, W. SHAWN
HOUSTON TEXAS 77056
7026 OLI

NIXIE            773   DE 1009      0004/23/15

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 77803536100     *0234-00080-17-44

05 68793

Filed 5/15/2015 12:37:58 PM
Marc Hamlin, District Clerk
Brazos County, Texas
Evelyn Webster

**CLERK OF THE COURT**
Marc Hamlin
300 East 26th Street, Suite 1200
Bryan, TX 77803

**ATTORNEY FOR PLAINTIFF**
STAPLES, W. SHAWN
7016 OLD KATY ROAD STE 256
HOUSTON, TEXAS 77056

**THE STATE OF TEXAS**                    **CITATION**

NOTICE TO THE DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO St. Joseph's Regional Health Center who may be served through CT Corporation System at 1999 Bryant St., Ste 900, Dallas, Texas 75201 Defendant,

Greeting:
    You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable 85th District Court of Brazos County, Texas at the Courthouse of said County in Bryan, Texas. Said Petition was filed on the 9th day of March A.D. 2015, in the case, numbered 15-000605-CV-85 on the docket of said court, and styled,

Beatriz Garcia, Individually and a/n/f of Sasha Garcia and Joseph Garcia Minors, and Antonio Jimenez Plaintiff
VS.
St. Joseph's Regional Health Center, Daniel D. Dawson and Roland R. Garza Defendants

    The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's Original Petition accompanying this citation and made a part thereof.
    The officer executing the writ shall promptly serve the same according to requirements of the law, and the mandates thereof, and make due return as the law directs.
    Issued and given under my hand and seal of said Court at office, this the 14th day of April, 2015

                        Marc Hamlin
                        Clerk of Brazos County, Texas
            By Kayla Cohron                 Deputy

**OFFICER'S RETURN**

Came to hand on the _____ day of _____, 20___, at _____ o'clock ____.M.
Executed at _____, within the County of _____ at _____ o'clock
____.M. on the _____ day of _____, 20___, by delivering to the within named
_____ each, in person, a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.
            Total fee for serving this citation_____

                                        Sheriff Account
    To certify which witness my hand officially.
                                        No._____

For Clerk's Use
Taxed_____          Sheriff of _____County, Texas
Returned Record_____   By _____Deputy

AFI
ATT

## CAUSE NO. 15-000605-CV-85

BEATRIZ GARCIA, ET AL.
VS.

IN THE 85TH JUDICIAL DISTRICT COURT OF BRAZOS COUNTY, TEXAS

ST. JOSEPHS'S REGIONAL
HEALTH CENTER, ET AL.

### AFFIDAVIT OF SERVICE

BEFORE ME, the undersigned authority, __Guy C. Connelly__ (SERVER), personally appeared on this day and stated under oath as follows:

1. My name is __Guy C. Connelly__ (SERVER). I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge, The facts stated herein are true and correct. My business address is:

2701 W. 15th, Plano, TX 75075
(SERVER'S ADDRESS)

2. ON __5/14/15__ (DATE) AT __2:30__ ( P ) M (TIME) CITATION, PLAINTIFF'S ORIGINAL PETITION came to hand for delivery to ST. JOSEPH REGIONAL HEALTH CENTER, BY CT CORPORATION SYSTEM.

3. ON __5/14/15__ (DATE) AT __2:45__ ( P ) M (TIME) – The above named documents were delivered to: ST. JOSEPH REGIONAL HEALTH CENTER, BY CT CORPORATION SYSTEM by delivering to

__Beatriz Canazos P.S.__
(NAME AND TITLE), authorized agent for service @

__1999 Bryan Suite 900, Dallas TX 75201__
(ADDRESS), by CORPORATE Service

SIGNATURE
SCH# __2201__ EXPIRATION: __5/15/15__

Guy C. Connelly
AFFIANT PRINTED NAME

SWORN TO AND SUBSCRIBED before me by __Guy C. Connelly__ appeared on this __14__ day of __May__ 2015 to attest witness my hand and seal of office.

NOTARY PUBLIC IN AND
FOR THE STATE OF TEXAS

2015.05.59348

ANNA M CONNELLY
My Commission Expires
March 1, 2019

CIVIL DOCKET - CAUSE NO. 15-000605-CV-85

STYLE: BEATRIZ GARCIA INDIVIDUALLY AND A/N/F OF SASHA GARCIA AND JOSEPH GARCIA, MINORS, AND ANTONIO JIMENEZ vs. ST. JOSEPH'S REGIONAL HEALTH CENTER, DANIEL D. DAWSON AND ROLAND R. GARZA

| NAMES OF PARTIES | ATTORNEYS | KIND OF ACTION | DATE OF FILING |
|---|---|---|---|
| BEATRIZ GARCIA INDIVIDUALLY AND A/N/F OF SASHA GARCIA AND JOSEPH GARCIA, MINORS, AND ANTONIO JIMENEZ | STANLEY, MICHAEL J. | Civil Non-Family | March 10th, 2015 |
| vs. | | | JURY FEE: $ |
| ST. JOSEPH'S REGIONAL HEALTH CENTER, DANIEL D. DAWSON AND ROLAND R. GARZA | | | PAID BY: |

ORDERS OF THE COURT

| DATE OF ORDERS | |
|---|---|
| Month/Day/Year | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BEATRIZ GARCIA, individually and a/n/f of Sasha Garcia and Joseph Garcia minors, and ANTONIO JIMENEZ, | §<br>§<br>§<br>§ | CIVIL ACTION NO. |
| *Plaintiffs,* | §<br>§ | H: 15-cv-1493 |
| v. | §<br>§<br>§ | |
| ST. JOSEPH'S REGIONAL HEALTH CENTER, DANIEL D. DAWSON, AND ROLAND R. GARZA, | §<br>§<br>§ | |
| *Defendants.* | § | |

<u>LIST OF ATTORNEYS OF RECORD</u>

The following is a list of the known attorneys:

1.  **<u>Plaintiffs, BEATRIZ GARCIA, individually and a/n/f of Sasha Garcia and Joseph Garcia, minors, and ANTONIO JIMENEZ, by:</u>**
    Michael J. Stanley
    Texas Bar No. 19046600
    mstanley@stanleylaw.com
    W. Shawn Staples
    Texas Bar No. 00788457
    wshawnstaples@stanleylaw.com
    Stanley, Frank & Rose, LLP
    7026 Old Katy Road, Ste. 259
    Houston, Texas  77056
    (713) 980-4381 – Telephone
    (713) 980-1179 – Facsimile

2.    **<u>Defendant, St. Joseph's Regional Health Center, by:</u>**
      Robert L. Hargett
      Texas Bar No. 08996550
      <u>rhargett@rcmhlaw.com</u>
      Janice Byington
      Texas Bar No. 24006938
      <u>jbyington@rcmhlaw.com</u>
      Reed, Claymore, Meeker & Hargett, PLLC
      5608 Parkcrest Dr., Ste. 200
      Austin, TX  78731
      (512) 660-5960 – Telephone
      (512) 660-5979 – Facsimile


3.    **<u>Defendant, Daniel D. Dawson, M.D., by:</u>**
      James R. Boston, Jr.
      Texas Bar No. 02681200
      <u>JBoston@bostonhughes.com</u>
      Gary Sommer
      Texas Bar No. 24010415
      <u>GSommer@bostonhughes.com</u>
      Boston & Hughes, P.C.
      8584 Katy Freeway, Ste. 310
      Houston, TX  77024
      (713) 961-1122 – Telephone
      (713) 965-0883 – Facsimile


4.    **<u>Defendant, Roland R. Garza, by:</u>**
      Fred T. Hinrichs
      Assistant U.S. Attorney
      Texas Bar No. 24003580
      1000 Louisiana, Ste. 2300
      Houston, Texas  77002
      (713) 567-9529 – Telephone
      (713) 718-3303 – Facsimile
      <u>Fred.Hinrichs@usdoj.gov</u>

Respectfully submitted,

KENNETH MAGIDSON
United States Attorney

/s/ Fred T. Hinrichs
_____

FRED T. HINRICHS
Assistant United States Attorney
Attorney in Charge
Texas Bar No. 24003580
1000 Louisiana, Ste. 2300
Houston, Texas  77002
Tel: 713- 567-9529
Fax: 713-718-3303
Fred.Hinrichs@usdoj.gov
Attorney for Roland R. Garza

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing pleading was electronically

served through the court's electronic filing system, or by U.S. Mail postage prepaid, on

this 3rd day of June 2015, to the following counsel of record:

Michael J. Stanley                         Robert L. Hargett
W. Shawn Staples                           Janice Byington
Stanley, Frank & Rose, LLP                 Reed, Claymore, Meeker & Hargett, PLLC
7026 Old Katy Road, Ste. 259              5608 Parkcrest Dr., Ste. 200
Houston, Texas  77056                      Austin, TX  78731

James R. Boston, Jr.
Gary Sommer
Boston & Hughes, P.C.
8584 Katy Freeway, Ste. 310
Houston, TX  77024

                                           /s/ Fred T. Hinrichs
                                           _____
                                           Assistant U.S. Attorney

3